TO: F799/ELIA
FM: ALLY-REGINA
DATE: 2019/12/23

## NCFL COMMITMENT

PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | WIDTH | CLR | Q'TY | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W63935 CHROMIUM | 15799TWC | KOHL'S C&B | W63935 (FM W36408X) | CHROMIUM | BLACK FBDFEJ-91 /GORE | FBHMKL-32A | PUHMOQ-93 / SELF | TPR FOREPART WITH FLOCKING W/NORMAL SPECTRO HEEL | MED | BLACK | 30,453 | 4/10/2020 | 12/24REGINA 通知拟USD 7.50 | USD 7.50 | AS S/O 121219PWC C&B ORTHOLITE BRANDING KOHL'S STYLE NAME STONEFISH W/3MM FULL GREY ECO HYBRID FOAM + 2MM FULL LATEX |
| | | | | | TAUPE FBDFEJ / GORE | FBHMKL-32A | PUHMOQ-93 / SELF | TPR FOREPART WITH FLOCKING W/SP18 SPECTRO HEEL | MED | TAUPE | 13,572 | 4/10/2020 | | USD 7.50 | |
| | | | | | NAVY FBDFEJ / GORE | FBHMKL-32A | PUHMOQ-93 / SELF | TPR FOREPART WITH FLOCKING W/SP18 SPECTRO HEEL | MED | NAVY | 9,652 | 4/10/2020 | | USD 7.50 | |
| | | | | | WINE FBDFEJ / GORE | FBHMKL-32A | PUHMOQ-93 / SELF | TPR FOREPART WITH FLOCKING W/SP18 SPECTRO HEEL | MED | WINE | 859 | 4/10/2020 | | USD 7.50 | |
| | | | | | | | | TOTAL | | | 54,536 | XF OK | | | |

**MTRL COST:**

FBDFEJ: 2018/06/27 UPDATED, 56", PRICE: RMB12/Y 不含税 & RMB13.0/Y 含税, SUPPLIER: DONGFANG, MIN:300Y, 订购尾每次每色不足起订尾时, 需加染色费300元.

FBHMKL: 2017-2-14 UPDATED, IMITATION SUEDE FABRIC, 54", PRICE: RMB18/Y W/O VAT & RMB19/Y W/VAT, SUPPLIER:DONGFANG, MIN:500Y, 每次每色不足起订尾100Y时, 需加染色费300元, 订购数量100-500Y时, 每码单价需加2元.

PUHMOQ: 2018/06/21 UPDATED, 水利底, 0.6*52", RMB 12.5/Y含税, SUPPLIER: SHANGJIYOU (YINGXIANG), MIN:300Y, 耐黄变每码加1.5元, 珠光、双色每码加0.5元, 特黑每码加1元.

W63935 30MM ELASTIC: FMXJ-30 / FBTDDK30MM / GRHMA30MM: 30MM,1*6 ELASTIC, 1*6 松紧, PRICE:RMB1.95/Y W/O VAT & RMB2.25/Y W/VAT, SUPPLIER: MINGXIANG(TONGDA).
MINI:300Y; 每次每色不足起订尾时, 需加收版费RMB 150/色.

## KOHL'S CUST REQUEST

UPDATED: 2014-06-13  UPDATED: 2016-1-10  UPDATED: 08-09-2016 UPDATED: 11-01-2016  2018/10/16 UPDATED BOX COST  2018/12/07 UPDATED INSPCETION
                    4/13/2019 UPDATED                 8/06/2019 REVISED              10/16/2019 REVISED W/REMOVE 1% DISCOUNT FM 12/01/2019

1. PRICE FOB SHENZHEN OR NINGBO OR SHANGHAI.
2. PAYMENT T/T 60 DAYS AFTER OUR HK OFFICE GET SHIPPING DOCUMENTS.
3. SIZE RUN WILL BE 5-11# PLUS HALF SIZE 5 5-9 5# WITH REAL HALF SIZE.
4. ALL OF MATERIALS/COMPONENTS NEED TO USE NCFL APPOINTED SUPPLIER FOR PRODUCTION, ANY CHANGE MUST BE ALLOWED BY NCFL. IF NCFL AGREE FACTORY TO USE FACTORY'S OWN SUPPLIER, FACTORY HAS TO PAY FOR THE SUPPLIER MOLD COST. NCFL WL DEDUCT SAMPLE MOLD COST EVERY TWO MONTH ONE TIME FROM FACTORY PAYMENT.
5. 1% FOR DAMAGE CHARGE, PLEASE CONSIDER INTO SHOE PRICE. -- START FROM 12/1/2019, PLS DO NOT INCLUDING 1% DAMAGE ON PRICE--FM ALLY 10/14/2019.



EXHIBIT A

TO: F799/ELIA
FM: ALLY-REGINA
DATE: 2019/12/23

NCFL COMMITMENT

PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | WIDTH | CLR | Q'TY | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6. OUR HONGKONG OFFICE WILL DEDUCT THE BANK CHARGE, FORWARDER FEE AND DOCUMENT FEE FM FTY PAYMENT DIRECTLY, PLS CONSIDER IT WHEN QUOTE PRICE, THE COST IS ABOUT USD380/PO. 4/19/2019 UPDATED.

7. CUST ONLY PLACE ORDER AFTER THE FTY PASSED AUDIT. THE AUDIT COST US$1500 ONE TIME.

8. STARTING WITH BTS/FALL 19, EACH KOHL'S PATTERN NAME WITH 15K PAIRS OF ORDERS OR MORE WILL GO TO SGS DURING INSPECTION.   UPDATED: 2018/12/07
   P.S.: DIFFERENT COLOR/DIFFERENT WIDTH HAS DIFFERENT KOHL'S PATTERN NAME.

   A. EACH FACTORY NEEDS TO SET UP THEIR OWN ACCOUNT, THEY CAN SUBMIT THEIR BOOKING REQUEST FOR INSPECTION ON THE PLATFORM, CHECK THE REPORT AND SUBMIT THE CAP ETC. THE SETUP FEE IS USD480 PER ACCOUNT. IF FACTORY SET UP TWO USERS, THE COST WILL BE USD780 = USD300+USD480 FOR THE FIRST YEAR. THE 2ND YEAR WILL BE USD420, THE 3RD YEAR WILL BE USD600.
   B. FOR CURRENT, ONLY NEED DURING INSPECTION, NO FINAL INSPECTION. BUT IF FACTORY CAN NOT APPROVE DURING INSPECTION, IT MIGHT HAVE FINAL INSPECTION.

   C. FOR INLINE (DURING) INSPECTION TO BE CONDUCTED WHEN PURCHASE ORDER/SHIPMENT IS AT LEAST 15-20% COMPLETED AND PACKED, FOR COST, IT IS USD230 PER MANDAY (CAN INCLUDE 2 STYLES. ONE COLOR IS A STYLE.) PLUS USD20 REPORT PER STYLE PLUS TRAVEL EXPENSE. FACTORY IN GUANGDONG & FUJIAN NO NEED PAY TRAVEL EXPENSE, WENZHOU FTY NEED PAY TRAVEL EXPENSE USD65 PER DAY.
   FIRST TIME DURING INSPETION FEE CAN BE CONSIDERED INTO PRICE, BUT RE-INSPECTION CHARGE NEED TO PAY BY FTY SELF.
   SUGGEST TO ADD ANOTHER $0.05/PR IN CASE CUSTOMER NEED MORE PO# FOR SGS INSPECTION.

9. NCFL INTERNAL TEST COST IS USD30 PER PATTERN & PER TIME (DO NOT LIMIT TO COLOR) FOR LEAD TEST AND CADMIUM TEST AND PHYSICAL TEST.

10. EACH COLOR NEEDS TO BE TESTED IN SGS OR BV, KOHL'S TEST PROTOCOL PRICE INFORMATION AS BELOW:
    TITLE: WHOLE FOOTWEAR
    A. REQUIRED 3 PRS OF SHOE SAMPLES FOR BASIC PACKAGE TESTING, 5 - 7 WORKING DAYS TO GET TEST REPORT.
    B. BASIC PACKAGE PRICE FOR PHYSICAL TEST OF WHOLE FOOTWEAR: USD270/TIME. MINIMUM CHARGE PER TEST REPORT: USD30/TIME.
    C. ADDITIONAL CHANGRES(IF APPLICABLE):T-BAR ATTACHMENT STRENGTH:USD15/TIME. HEEL ATTACHMENT STRENGTH(HEEL>5MM):USD30/TIME.
    D. TORSIONAL STIFFNESS: USD30/TIME. METAL COMPONENT RESISTANCE TO CORRORSION: RMB203/TIME. LEAD: RMB80/TIME; NICKEL SPOT: RMB154/TIME.
       THE RMB PRICES DO NOT INCLUDE VAT, NEED ADD 6% VAT IF FTY NEEDED.
    TITLE: MATERIALS
    A. REQUIRED SAMPLE : HALF OR ONE PAIR WHOLE SHOE TO BE SENT TESTING LAB TOGETHER WITH THE MATERIALS. 5 WORKING DAYS FOR BASIC PACKAGE TESTING.

    B. PACKAGE PRICE FOR PHYSICAL/PERFORMANCE TESTING.
       UP TO 5 SHOE MATERIALS(UPPER/LINING&SOCK/OUTSOLE): USD260/TIME;
       UP TO 8 SHOE MATERIALS (UPPER/LINING&SOCK/OUTSOLE): USD360/TIME.
       9 SHOE MATERIALS AND UP(UPPER/LINING&SOCK/OUTSOLE): USD430/TIME.
       MINIMUM CHARGE PER TEST REPORT:30USD/TIME.
       ADDITIONAL COLORWAYS (SATRA TM8/167 RUB FASTNESS (PER MATERIAL)): USD15/TIME.
       ADDITIONAL COLORWAYS (SATRA TM335 PERSPIRATION FASTNESS (PER LINING/SOCK MATERIAL)): USD15/TIME.

    C. PHTHALATES TEST: RMB400//TIME, LEAD TEST: RMB80/TIME. THE RMB PRICES DO NOT INCLUDE VAT, NEED ADD 6% FOR VAT IF FTY NEEDED.
       含铅和邻苯按点收费，一次最多三个点。

TO: F799/ELIA
FM: ALLY-REGINA
DATE: 2019/12/23

NCFL COMMITMENT

PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | WIDTH | CLR | Q'TY | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

D. UNIT PRICE FOR ADDITIONAL TEST (IF APPLICABLE)
  SHEAR STRENGTH (HOOK&LOOP): USD15/TIME, PEEL STRENGTH (HOOK&LOOP):USD15/TIME, ZIPPER PERFORMANCE: USD20/TIME.
  COATING ADHESION: USD25/TIME, RESISTANCE OF ELASTICS TO REPEATED EXTENSION: USD60/TIME, HARDNESS:USD10/TIME.
  SOLE WEARING RESISTANCE:USD35/TIME, FATIGUE TEST FOR SHOE HEEL: USD23/TIME, LATERAL IMPACT TEST FOR SHOE HEEL: USD15/TIME.
  TABER ABRASION RESISTANCE: USD20/TIME, COLORFASTNESS TO LIGHT: USD15.00/TIME, PHENOLIC YELLOWING: USD25/TIME.
  MICROSCOPIC I.C. OF FUR AND FAUX FUR: USD20/TIME, FIBER CONTENT- IST FIBER: USD20/TIME, FIBER CONTENT - EACH ADDITIONAL FIBER: USD15/TIME.

  UPDATED ON 04/01/2014 PER BETTY. UPDATED ON 4/19/2019
11. APPOINTED INNER BOX SUPPLIER: 南海南捷, BOX COST AS BELOW:                              UPDATED 2018/10/16

  THE PRICE DOES NOT INCLUDE VALUE TAX AND TRANSPORTATION FEE EXCEPT GUAGNDONG AREA.

  A. CROFT & BARROW LOGO: BOX CODE: 58524002CB, COST:
    SIZE 1: 10*5*3.5" $0.221/SET, SIZE 2: 14*8.5*5" $0.318/SET, SIZE 3: 15*12*4.5" $0.371/SET, SIZE 4: 21.5*12*5" $0.435/SET.

  B. SONOMA LOGO: BOX CODE: 51291001SN, COST:
    SIZE 1: 10*5*3.5"  $0.297/SET, SIZE 2: 14*8.5*5" 0.397/SET, SIZE 3: 15*12*4.5" $0.499/SET, SIZE 4: 21.5*12*5" $0.602/SET

  C. APT.9 LOGO: SIZE 1: 10*5*3.5"  $0.19/SET, 2: 12*7*4.5" $0.24/SET, 3: 15*12*4.5" $0.34/SET, 4: 21.5*12*5" $0.43/SET

  D. SO BOX:
    HH1 14"*7"*4" 美金未税价0.29，人民币含税价2.25：含到佛山、广州、中山、东莞、深圳的运费，其它地区外加. (FM NANJIE, DATE: 2019/7/18)
12. USE WASAORO OIL FM 绿来$85.00/BOTTLE, NEED USE MACRO-PAK FM 过马达 OR WASAORO, $45.00/ROLL, 1 ROLL = 2000PC, 2KG/ROLL, FREIGHT CHARGE IS $6/ROLL.
    FOR MID-BOOT AND HIGH BOOT, NEED TWO PIECE MICRO-PAK(THE MICRO-PAK MUST BE CENTERED INSIDE OF THE LID, 1 FOR SHOES & 2 FOR BOOTS.).
    FOR SUEDE OR FABRIC UPPER SHOES, NEED USE POLYBAG PACKING FOR EACH SHOE PLUS PUT PE SHEET(PE SHEET US$45/2000PCS)
13. NEED ANTI-FUNGAL LIQUID(AEM-5700), RMB76/kilolitre, FM 7/16/2008 PER RICARDO (在内湿度超过60%,喷AEM100防霉剂于内盒的盒盖上)
14. NEED TO USE BAMBOO TOPLINE STICKS COST RMB0.30/PR FOR PUMP AND SANDAL.
15. TICKETS AND CASE LABEL COST:

    CROFT&BARROW:
    A. FIRST COST: TICKET PRICE 61623001-003MB RMB156.20/1000PCS WITH VAT, W/O TRANSPORTATION, CASE LABEL US$250/1000PCS. TICKETS ORDERED FM AVERY DENNISON, THE CASE LABELS ARE PRINTED AT DG OFFICE.THE BOX LENGTH IS OVER 14", NEED TO STICK TWO BOX TICKETS.03/28/2012 RVD LABEL PRICE PER BETTY.  6/6/2012 UPDATED BY ALLY. 4/22/2019 UPDATED.
    B. LANDED COST: TICKET PRICE 61623001-003MB RMB156.20/1000PCS WITH VAT, W/O TRANSPORTATION, CASE LABEL US$70.05/1000PCS(NO SHIPPING HANDLING CHARGE). BOTH TICKET AND CASE LABEL ARE ORDERED AT AVERY DENNISON.THE BOX LENGTH IS OVER 14",NEED TO STICK TWO BOX TICKETS. --4/26/2011 FM BETTY.03/28/2012 RVD LABEL PRICE PER BETTY， 6/6/2012 UPDATED BY ALLY, 5/28/2014 UNDATED BY CHRISTINA. 4/22/2019 UPDATED.

TO: F799/ELIA  
FM: ALLY-REGINA  
DATE: 2019/12/23

**NCFL COMMITMENT**

PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | WIDTH | CLR | Q'TY | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

**SONOMA:**
A. **FIRST COST:** TICKET PRICE 61623001-003MB RMB156.20/1000PCS WITH VAT, W/O TRANSPORTATION, CASE LABEL US$250/1000PCS, TICKETS ORDERED BY AVERY DENNISON, THE LABELS ARE PRINTED AT DG OFFICE.THE BOX LENGTH IS OVER 14" ND TO STICK TWO BOX TKT 03/28/2012 RVD LABEL PRICE PER BETTY, 6/6/2012 UPDATED BY ALLY. 4/22/2019 UPDATED.

B. **LANDED COST:** TICKET PRICE61623001-003MB RMB156.20/1000PCS WITH VAT, W/O TRANSPORTATION, CASE LABEL US$70.05/1000PCS (NO SHIPPING HANDLING). BOTH TICKET AND  
CASE LABEL ARE ORDERED AT AV THE BOX LENGTH IS OVER 14", NEED TO STICK TWO BOX TICKETS. --4/26/2011 FM BETTY 03/28/2012 RVD LABEL PRICE PER BETTY. 6/6/2012 UPDATED BY ALLY.  4/22/2019 UPDATED.

   FTY NEED TO PAY FOR IT INCLUDING THE TRANSPORTION FEE.(内盒长边超过14"的，需贴两片内盒贴标便于客人查看. ---7/1/2010 FM MELON.)

16. INSOLE BOARD MUST BE BOUGHT FROM BELOW SUPPLIER SINCE 2012-6-1: UPDATED 2019/4/19

   A. BONTEX(ASIA) HOLDING CO LTD  
      TEL: 020-8348 9481 / 83492847  FAX: 020-8349 2849  Contact: Mr. Lin 139 0221 8809  Email: mark@bontex-asia.com  Website: www.bontex.com

   B. Cosmo HongKong Limited, Hong Kong Phone: 0086-0760-88813800 Contact: Robert Xu   Email: robter.xu@cosmodt.com  Contact: Nancy Yang   Email: nancy.yang@cosmodt.com

   C. Texon International- China Phone: 86-13829133205  Contact: Dean Lin   Email: dlin@texon.com  
      2019/4/23 UPDATED FM F799 INFO: TEXON, CONTACT PERSON: Miss Xiao  Tel: 0769-22209841

17. ZIPPER MUST BE BOUGHT FROM ONE OF BELOW SUPPLIERS: Ideal, Talon, & YKK.

   A. IDEAL FASTENER CORPORATION WORLD HEADQUARTERS --INFO@IDEALFASTENER.COM PHONE:212-244-0260, US CONTACT - MARK RINCON, POHOE: 614-352-0018.  
      EMAIL MRINCON@IDEALFASTENER.COM

   B. TALON INTERNATIONAL, INC -- PHONE: 818-444-4146, CONTACT: Mr LARRY DYNE EMAIL: LDYNE@TALONTRIMS.COM  
      TALON INTERNATIONAL - HONGKONG,  PHONE: (852) 2947-0888

   C. YKK CORPORATION OF AMERICA -- CONTACT: BLAKE WALDEN, PHONE: 847-657-9297 EMAIL: BLAKEWALDEN@YKK-USA.COM, US CONTACT: AJAY CHANDRAN, PHONE: 847-657-9296  
      EMAIL: AJAYCHANDRAN@YKK-USA.COM

18. ~~FROM JAN. 2017, FOR CROFT AND BARROW BRANDING AND SONOMA BRANDING THE SOCK PADDING CHANGE TO USE 3MM ORTHOLITE RECOVERY FOAM.~~

   FROM 2019 DEC SHOW (FA20), FOR CROFT AND BARROW BRANDING AND SONOMA BRANDING, THE SOCK PADDING CHANGE TO USE 3MM ECO HYBIRD FOAM FM 3MM ORTHOLITE RECOVERY FOAM. (10/11/2019REV.)

   SUPPLIER: ORTHOLITE, TEL: 0769-8152 6597/8152 6970    FAX: 0769-8152-6971    MOBILE: 135-0983-5987     EMAIL: JOHN.XIN@ORTHOLITE.CN   WEBSITE: WWW.ORTHOLITE.CN

   COST: 1.1M*1.7M/SHEET, FOB HK (BY SEA) USD8.09/SHEET, FOR WENZHOU USD8.09/SHEET, FOR GD USD7.54/SHEET.  
        MINIMUM ORDER: 500 SHEETS IN ONE LOT.  
        LESS THAN 500 SHEET CHARGE EXPORTING FEE USD200/PER SHIPMENT.  
        LESS THAN 300 SHEETS CHARGE EXPORTING FEE USD220/PER SHIPMENT.  
        LESS THAN 150 SHEETS CHARGE EXPORTING FEE USD250/PER SHIPMENT.  
   TERM OF PAYMENT: T/T IN ADVANCE, NO CASH DISCOUNT.  
   ABOVE PRICE ARE NOT INCLUDE ANY LOCAL BUSINESS TAX.  
   THE INTEGRAL SHEET WILL NATURALLY STRETCH ABOUT 20~30MM LONGITUINALLY AND WILL SHRINK ABOUT FABRIC. (针对ORTHOLITE特殊物性,在经过贴合后长度和宽度会有20~30MM伸缩.)

PER ANGELA ON 5/10/2018  
1. ALL LEA MTR'L NEED TO BE PAID IN CASH.  
2. ALL OTHER MTR'L NEED TO BE PAID 60 DAYS AT THE LATEST AFTER FTY GET THEM.

TO: F799/ELIA  
FM: ALLY-REGINA  
DATE: 2019/12/23

**NCFL COMMITMENT**

PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | WIDTH | CLR | Q'TY | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2012/12/24 REGINA**

亲，kohl's 15799twc w63935，我们给你们争取到统一单价7.50了。主要是为了弥补你们前面那张订单的关税降价哈。你做个记录吧