TO: F799/ELIA  
FM: NCFL/ALLY- REGINA  
DATE: 2019-07-30

**NCFL COMMITMENT**

PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | CLR | COMMIT Q'TY | RECEVIED PO Q'TY. | WIDTH | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (shoe image) | 15604TWC | KOHL'S C&B | W50171 | SIEDA | FBDFACZ | FBDFVO | PUYJR INSOLE WRAP | TPR W/FLOCKING W/SPECTRO HEEL | BLACK | 27,853 | 21,456 | MED | 12/5/2019 | | $6.85 | ALL DETAILS AS LY PRODUCTION  TARGET PRICE: 6.85N |
| | | | | | | | | | NAVY | 14,811 | 11,262 | MED | 12/5/2019 | | $6.85 | |
| | | | | | | | | | RED | 9,585 | 0 | MED | 12/5/2019 | | $6.85 | |
| | | | | | | | | | BLACK | | 1,200 | WIDE | OK | | | |
| | | | | | | | | | NAVY | | 534 | WIDE | | | | |
| | | | | | | | | TOTAL | | 52,249 | 34,452 | | | | | |

MTRL COST:  
PUHNL: 11/1/2018, HJNL-2929, 仿羊绒底, +_0.9*52", PRICE RMB30/Y含税 & RMB29/Y不含税, SUPPLIER HONG JIN (宏锦), MIN 330Y, REMARKS WHEN MOQ <300METERS,THEN UNIT PRICE+0.82USD/METER MORE,如果MOQ少于300米，则每个单价额外加0.82$(5RMB)，做为短码费。  
PUHYD: 5/16/2018, 水针布底, CORNET PU 0.6*52", PRICE: RMB:12.5/M W/O TAX & RMB13.5/M W/TAX  SUPPLIER MUSENLONG(JINRUN), MINI 500M, 含税；珠光或艳色每码加RMB 1/M.  
FBHMKL: 2017-2-14 UPDATED IMITATION SUEDE FABRIC, 54", PRICE: RMB:18.0/Y不含税, RMB19.0/Y含税, SUPPLIER: DONGFANG, MIN 500Y 每次每色不足起订量100Y时，需加染色费300元，订购数量100-500Y时，每码单价需加2元.  
FBDFACZ: 5/5/2017, 染色+贴合, 54", RMB 53.5/Y, DONGFANG,MIN:300Y, 含税，每次每色不足起订量时，需加染色费RMB:300/色，MIN 300Y,with tax, less than 300Y, need add dyeing charge RMB 300/color.  
FBDFVO: 54", RMB 34.5/Y, DONGFANG,MINI:300Y, 含税，每次每色不足起订量时，需加手染费RMB 300元.  
PUYJR: 5/14/2018, 水刺底, 0.6*52", PRICE: RMB:14/Y, SUPPLIER: SHANGJIYOU(YINGXIANG) MINI:300-499Y: 含税; 耐黄变每码加1.5元，珠光、双色每码加0.5元，特殊每码加1元



**KOHL'S CUST REQUST**

UPDATED: 2014-06-13  UPDATED: 2016-1-10  UPDATED: 08-09-2016  UPDATED: 11-01-2016  2018/10/16 UPDATED BOX COST  2018/12/07 UPDATED INSPCETION  
4/13/2019 UPDATED

1. PRICE FOB SHENZHEN OR NINGBO OR SHANGHAI.
2. PAYMENT T/T 60 DAYS AFTER OUR HK OFFICE GET SHIPPING DOCUMENTS
3. SIZE RUN WILL BE 5-11# PLUS HALF SIZE 5.5-9.5# WITH REAL HALF SIZE.
4. ALL OF MATERIALS/COMPONENTS NEED TO USE NCFL APPOINTED SUPPLIER FOR PRODUCTION, ANY CHANGE MUST BE ALLOWED BY NCFL. IF NCFL AGREE FACTORY TO USE FACTORY'S OWN SUPPLIER, FACTORY HA PAY FOR THE SUPPLIER MOLD COST, NCFL WL DEDUCT SAMPLE MOLD COST EVERY TWO MONTH ONE TIME FROM FACTORY PAYMENT.
5. 1% FOR DAMAGE CHARGE, PLEASE CONSIDER INTO SHOE PRICE.

6. OUR HONGKONG OFFICE WILL DEDUCT THE BANK CHARGE, FORWARDER FEE AND DOCUMENT FEE FM FTY PAYMENT DIRECTLY, PLS CONSIDER IT WHEN QUOTE PRICE, THE COST IS ABOUT USD380/PO.  4/19/2019 UPDA
7. CUST ONLY PLACE ORDER AFTER THE FTY PASSED AUDIT. THE AUDIT COST US$1500 ONE TIME.

TO: F799/ELIA  
FM: NCFL/ALLY- REGINA  
DATE:2019-07-30

**NCFL COMMITMENT**

PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | CLR | COMMIT Q'TY | RECEVIED PO Q'TY. | WIDTH | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

8. STARTING WITH BTS/FALL 19, EACH KOHL'S PATTERN NAME WITH 15K PAIRS OF ORDERS OR MORE WILL GO TO SGS DURING INSPECTION.  UPDATED: 2018/12/07
   P.S.: DIFFERENT COLOR/DIFFERENT WIDTH HAS DIFFERENT KOHL'S PATTERN NAME.

   A. EACH FACTORY NEEDS TO SET UP THEIR OWN ACCOUNT. THEY CAN SUBMIT THEIR BOOKING REQUEST FOR INSPECTION ON THE PLATFORM, CHECK THE REPORT AND SUBMIT THE CAP ETC. THE SETUP FEE IS USD480 PER ACCOUNT. IF FACTORY SET UP TV USERS, THE COST WILL BE USD780 = USD300+USD480 FOR THE FIRST YEAR, THE 2ND YEAR WILL BE USD420, THE 3RD YEAR WILL BE USD600.

   B. FOR CURRENT, ONLY NEED DURING INSPECTION, NO FINAL INSPECTION. BUT IF FACTORY CAN NOT APPROVE DURING INSPECTION, IT MIGHT HAVE FINAL INSPECTION.

   C. FOR INLINE (DURING) INSPECTION TO BE CONDUCTED WHEN PURCHASE ORDER/SHIPMENT IS AT LEAST 15-20% COMPLETED AND PACKED, FOR COST, IT IS USD230 PER MANDAY (CAN INCLUDE 2 STYLES, ONE COLOR IS A STYLE.) PLUS USD20 REPORT PER S PLUS TRAVEL EXPENSE. FACTORY IN GUANGDONG & FUJIAN NO NEED PAY TRAVEL EXPENSE, WENZHOU FTY NEED PAY TRAVEL EXPENSE USD65 PER DAY.
   FIRST TIME DURING INSPETION FEE CAN BE CONSIDERED INTO PRICE, BUT RE-INSPECTION CHARGE NEED TO PAY BY FTY SELF.
   SUGGEST TO ADD ANOTHER $0.05/PR IN CASE CUSTOMER NEED MORE PO# FOR SGS INSPECTION.

9. NCFL INTERNAL TEST COST IS USD30 PER PATTERN & PER TIME (DO NOT LIMIT TO COLOR) FOR LEAD TEST AND CADMIUM TEST AND PHYSICAL TEST.
10. EACH COLOR NEEDS TO BE TESTED IN SGS OR BV, KOHL'S TEST PROTOCOL PRICE INFORMATION AS BELOW.
    TITLE: WHOLE FOOTWEAR
    A. REQUIRED 3 PRS OF SHOE SAMPLES FOR BASIC PACKAGE TESTING, 5 - 7 WORKING DAYS TO GET TEST REPORT.
    B. BASIC PACKAGE PRICE FOR PHYSICAL TEST OF WHOLE FOOTWEAR: USD270/TIME. MINIMUM CHARGE PER TEST REPORT: USD30/TIME.
    C. ADDITIONAL CHANGRES(IF APPLICABLE):T-BAR ATTACHMENT STRENGTH:USD15/TIME. HEEL ATTACHMENT STRENGTH(HEEL>5MM): USD30/TIME.
    D. TORSIONAL STIFFNESS: USD30/TIME. METAL COMPONENT RESISTANCE TO CORRORSION: RMB203/TIME; LEAD: RMB80/TIME; NICKEL SPOT: RMB154/TIME.
       THE RMB PRICES DO NOT INCLUDE VAT, NEED ADD 6% VAT IF FTY NEEDED.
    TITLE: MATERIALS
    A. REQUIRED SAMPLE : HALF OR ONE PAIR WHOLE SHOE TO BE SENT TESTING LAB TOGETHER WITH THE MATERIALS. 5 WORKING DAYS FOR BASIC PACKAGE TESTING.

    B. PACKAGE PRICE FOR PHYSICAL/PERFORMANCE TESTING:
       UP TO 5 SHOE MATERIALS(UPPER/LINING&SOCK/OUTSOLE): USD260/TIME;
       UP TO 8 SHOE MATERIALS (UPPER/LINING&SOCK/OUTSOLE): USD360/TIME.
       9 SHOE MATERIALS AND UP(UPPER/LINING&SOCK/OUTSOLE): USD430/TIME.
       MINIMUM CHARGE PER TEST REPORT:30USD/TIME.
       ADDITIONAL COLORWAYS (SATRA TM8/167 RUB FASTNESS (PER MATERAIL)): USD15/TIME.
       ADDITIONAL COLORWAYS (SATRA TM335 PERSPIRATION FASTNESS (PER LINING/SOCK MATERIAL)): USD15/TIME.
    C. PHTHALATES TEST: RMB400/TIME; LEAD TEST: RMB80/TIME. THE RMB PRICES DO NOT INCLUDE VAT, NEED ADD 6% FOR VAT IF FTY NEEDED.
       含铅和邻苯按点收费。一次最多三个点.

    D UNIT PRICE FOR ADDITIONAL TEST (IF APPLICABLE)
       SHEAR STRENGTH (HOOK&LOOP): USD15/TIME. PEEL STRENGTH (HOOK&LOOP) USD15/TIME. ZIPPER PERFORMANCE: USD20/TIME.
       COATING ADHESION: USD25/TIME. RESISTANCE OF ELASTICS TO REPEATED EXTENSION: USD60/TIME. HARDNESS:USD10/TIME.
       SOLE WEARING RESISTANCE:USD35/TIME. FATIGUE TEST FOR SHOE HEEL: USD23/TIME. LATERAL IMPACT TEST FOR SHOE HEEL: USD15/TIME.
       TABER ABRASION RESISTANCE: USD20/TIME. COLORFASTNESS TO LIGHT: USD15.00/TIME. PHENOLIC YELLOWING: USD25/TIME.
       MICROSCOPIC I.C. OF FUR AND FAUX FUR: USD20/TIME. FIBER CONTENT- 1ST FIBER: USD20/TIME. FIBER CONTENT - EACH ADDITIONAL FIBER: USD15/TIME.
       UPDATED ON 04/01/2014 PER BETTY. UPDATED ON 4/19/2019
11. APPOINTED INNER BOX SUPPLIER: 南海雨达, BOX COST AS BELOW:                  UPDATED 2018/10/16
    THE PRICE DOES NOT INCLUDE VALUE TAX AND TRANSPORTATION FEE EXCEPT GUAGNDONG AREA.

    A. CROFT & BARROW LOGO BOX CODE: 58524002CB COST:
       SIZE 1: 10*5*3.5" $0.221/SET; SIZE 2. 14*8.5*5" $0.318/SET; SIZE 3: 15*12*4.5" $0.371/SET; SIZE 4: 21.5*12*5" $0.435/SET.
    B. SONOMA LOGO: BOX CODE: 51291001SN. COST:
       SIZE 1: 10*5*3.5"  $0.297/SET; SIZE 2. 14*8.5*5" 0.397/SET; SIZE 3: 15*12*4.5" $0.499/SET; SIZE 4: 21.5*12*5" $0.602/SET.
    C. APT 9  LOGO: SIZE 1: 10*5*3.5"  $0.19/SET; 2. 12*7*4.5" $0.24/SET; 3. 15*12*4.5" $0.34/SET; 4. 21.5*12*5" $0.43/SET.

12. USE WASAORO OIL FM ■ F$65.00/BOTTLE; NEED USE MACRO-PAK FM 道可达 OR WASAORO. $45.00/ROLL, 1 RIKK = 2000PC, 2KG/ROLL, FREIGHT CHARGE IS $6/ROLL.
    FOR MID-BOOT AND HIGH BOOT, NEED TWO PIECE MICRO-PAK(THE MICRO-PAK MUST BE CENTERED INSIDE OF THE LID, 1 FOR SHOES & 2 FOR BOOTS.)
    FOR SUEDE OR FABRIC UPPER SHOES, NEED USE POLYBAG PACKING FOR EACH SHOE PLUS PUT PE SHEET(PE SHEET US$45/2000PCS)

TO: F799/ELIA                                                                                       NCFL COMMITMENT
FM: NCFL/ALLY- REGINA
DATE:2019-07-30
PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | CLR | COMMIT Q'TY | RECEVIED PO Q'TY. | WIDTH | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

13. NEED ANTI-FUNGAL LIQUID(AEM-5700), RMB76/kilolitre, FM 7/16/2008 PER RICARDO (盒内湿度超过60%,或AEM100防霉剂于内盒的盒盖上)
14. NEED TO USE BAMBOO TOPLINE STICKS COST RMB0.30/PR FOR PUMP AND SANDAL.
15. TICKETS AND CASE LABEL COST:

CROFT&BARROW:
  A. FIRST COST: TICKET PRICE 61623001-003MB RMB156.20/1000PCS WITH VAT, W/O TRANSPORTATION, CASE LABEL US$250/1000PCS. TICKETS ORDERED FM AVERY DENNISON, THE CASE LABELS ARE PRINTED AT DG OFFICE.THE B
LENGTH IS OVER 14", NEED TO STICK TWO BOX TICKETS.03/28/2012 RVD LABEL PRICE PER BETTY.  6/6/2012 UPDATED BY ALLY. 4/22/2019 UPDATED.
  B. LANDED COST: TICKET PRICE 61623001-003MB RMB156.20/1000PCS WITH VAT, W/O TRANSPORTATION, CASE LABEL US$70.05/1000PCS(NO SHIPPING HANDLING CHARGE). BOTH TICKET AND CASE LABEL ARE ORDERED AT AVERY
DENNISON.THE BOX LENGTH IS OVER 14",NEED TO STICK TWO BOX TICKETS. ---4/26/2011 FM BETTY.03/28/2012 RVD LABEL PRICE PER BETTY.  6/6/2012 UPDATED BY ALLY, 5/28/2014 UNDATED BY CHRISTINA. 4/22/2019 UPDATE

SONOMA:
  A. FIRST COST: TICKET PRICE 61623001-003MB RMB156.20/1000PCS WITH VAT, W/O TRANSPORTATION, CASE LABEL US$250/1000PCS, TICKETS ORDERED BY AVERY DENNISON, THE LABELS ARE PRINTED AT DG OFFICE.THE BOX LEN
OVER 14" ND TO STICK TWO BOX TKT.03/28/2012 RVD LABEL PRICE PER BETTY, 6/6/2012 UPDATED BY ALLY. 4/22/2019 UPDATED.
  B. LANDED COST: TICKET PRICE61623001-003MB RMB156.20/1000PCS WITH VAT, W/O TRANSPORTATION, CASE LABEL US$70.05/1000PCS (NO SHIPPING HANDLING). BOTH TICKET AND
CASE LABEL ARE ORDERED AT AV.THE BOX LENGTH IS OVER 14", NEED TO STICK TWO BOX TICKETS. ---4/26/2011 FM BETTY 03/28/2012 RVD LABEL PRICE PER BETTY.  6/6/2012 UPDATED BY ALLY. 4/22/2019 UPDATED.
     FTY NEED TO PAY FOR IT INCLUDING THE TRANSPORTION FEE (内盒长边超过14"的, 高贴两片内盒贴标便于客人在在. ---7/1/2010 FM MELON.)
16. INSOLE BOARD MUST BE BOUGHT FROM BELOW SUPPLIER SINCE 2012-6-1: UPDATED 2019/4/19

  A  BONTEX(ASIA) HOLDING CO LTD.
    TEL: 020-8348 9481 / 83492847  FAX: 020-8349 2649  Contact: Mr. Lin 139 0221 8809  Email: mark@bontex-asia.com  Website: www.bontex.com
  B. Cosmo HongKong Limited, Hong Kong Phone: 0086-0760-88813800 Contact: Robert Xu   Email: robter.xu@cosmodt.com  Contact: Nancy Yang  Email: nancy.yang@cosmodt.com
  C. Texon International- China Phone: 86-13829133205  Contact: Dean Lin   Email: dlin@texon.com
    2019/4/23 UPDATED FM F799 INFO. TEXON. CONTACT PERSON: Miss Xiao  Tel: 0769-22209841
17. ZIPPER MUST BE BOUGHT FROM ONE OF BELOW SUPPLIERS: Ideal, Talon, & YKK.
  A. IDEAL FASTENER CORPORATION WORLD HEADQUARTERS --INFO@IDEALFASTENER.COM PHONE:212-244-0260, US CONTACT - MARK RINCON, POHOE: 614-352-0018,
    EMAIL:MRINCON@IDEALFASTENER.COM
  B. TALON INTERNATIONAL, INC – PHONE: 818-444-4146, CONTACT: Mr.LARRY DYNE EMAIL: LDYNE@TALONTRIMS.COM
    TALON INTERNATIONAL - HONGKONG, PHONE: (852) 2947-0888
  C. YKK CORPORATION OF AMERICA -- CONTACT: BLAKE WALDEN, PHONE: 847-657-9297 EMAIL: BLAKEWALDEN@YKK-USA.COM; US CONTACT: AJAY CHANDRAN, PHONE: 847-657-9296
     EMAIL: AJAYCHANDRAN@YKK-USA.COM
18. FROM JAN. 2017, FOR CROFT AND BARROW BRANDING AND SONOMA BRANDING THE SOCK PADDING CHANGE TO USE 3MM ORTHOLITE RECOVERY FOAM.
    SUPPLIER: ORTHOLITE, TEL: 0769-8152 6597/8152 6970    FAX: 0769-8152-6971   MOBILE: 135-0983-5987    EMAIL: JOHN.XIN@ORTHOLITE.CN   WEBSITE: WWW.ORTHOLITE.CN

    COST: 1.1M*1.7M/SHEET, FOB HK (BY SEA) USD8.09/SHEET, FOR WENZHOU USD8.09/SHEET. FOR GD USD7.54/SHEET.
           MINIMUM ORDER: 500 SHEETS IN ONE LOT.
           LESS THAN 500 SHEET CHARGE EXPORTING FEE USD200/PER SHIPMENT;
           LESS THAN 300 SHEETS CHARGE EXPORTING FEE USD220/PER SHIPMENT.
           LESS THAN 150 SHEETS CHARGE EXPORTING FEE USD250/PER SHIPMENT.
    TERM OF PAYMENT: T/T IN ADVANCE, NO CASH DISCOUNT.
    ABOVE PRICE ARE NOT INCLUDE ANY LOCAL BUSINESS TAX.
    THE INTEGRAL SHEET WILL NATURALLY STRETCH ABOUT 20~30MM LONGITUINALLY AND WILL SHRINK ABOUT FABRIC. (针对ORTHOLITE特性物性,在经过贴合后长度和宽度会有20~30MM伸缩.)

PER ANGELA ON 5/10/2018
1. ALL LEA MTR'L NEED TO BE PAID IN CASH.
2. ALL OTHER MTR'L NEED TO BE PAID 60 DAYS AT THE LATEST AFTER FTY GET THEM.