**NCFL COMMITMENT**

TO: F799/ELIA
FM: NCFL-ALLY-CANDY
DATE: 2020-3-12
PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | CLR | Q'TY | PLS CFM XFTY | FTY | FTY PRICE | NEW CONSTR MOLD | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 15954TWC | SHOE CARNIVAL | W63969 | COSMO2 | FBDFEJ W/PU/RAT STRAP | PUHCA TOGGLE/M ATCH TRICOT | PUHCA | TPR SHEET W/FLOCKING W/SELF CVD HEEL | BLACK MED = 5900 PR |  | 5/20/2020 |  | $8.50 | 5-12#(5 5 8 5#) | MED AND WIDE SOR# 022820JSB, NAME "LY CARMEN UPDATE PLEASE ADVISE SIZES AVAILABLE - CAN FTY DO A SIZE M120? |
|  |  |  |  |  |  |  |  |  | BLACK WIDES = 2700 PR |  | 8/15/2020 |  | Revised |  |  |
|  |  |  |  |  |  |  |  |  | MUD MED = 4200 PR |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | MUD WIDES = 1200 PR |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | BLACK MED = 1500 PR |  | 6/20/2020 |  |  |  |  |
|  |  |  |  |  |  |  |  |  | BLACK WIDES = 700 PR |  | OK |  |  |  |  |
|  |  |  |  |  |  |  |  |  | MUD MED = 300 PR |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | MUD WIDES = 150 PR |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | BLACK MED = 3600 PR | 8/20/2020 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | BLACK WIDES = 1700 PR |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | MUD MED = 2400 PR |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | MUD WIDES = 730 PR |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | TOTAL | 25,280 |  |  |  |  |  |

MTR1COST
FBDFEJ FAB 56" RMB12Y W/O VAT, RMB13Y W/VAT, DONGSHUN 东顺 "MIN 300Y,订购量每次颜色不足起定量时，需加染色费300元"
PUHCA 5/15/2018 永叶布垃 PIG PU 0 6"52" RMB. 12.5/M MUSENLONG(JINRUN) MIN 500M, 含税; 压光或绝色每码加RMB 1/M
PUJRAT 9/10/2018 9193 TEXA PU 0 9mm防裂底"52"RMB 29/Y DONGGUANGJINRUN MIN 300Y, 含税
FDS96 FAB 打f2 100%涤 56" RMB24.00/Y W/O VAT, RMB25.00/Y W/VAT, DONGSHUN 东顺 11/1/2019 MIN 100Y
PUJRCS 5/30/2018 0.8MM(仿棒网) 52" RMB 22/Y MUSENLONG(JINRUN) MIN 300, 含税, 不含运费 不足码另记.
COSMO2, TPR MOLDED   RMB 3.50, ABS+PU天皮: 5MB 5.50/PR   MOLD   TPR RMB 1300 /PRS. HEEL RMB 1600/PR
PSJYB-1017    PU   PU合成革    70%聚氨酯，30%涤纶  0.9"50"-52"RMB35/Y SHANGJIYOU(上方佑)   10/26/2019   "MINI 200Y,此规格较大，做粒子需要送位置（板师剖裁决定）此材料为数码打印电唐在50-52英寸之间。因为赛氨位，可能做起足52英寸。请在置同量时多注意"

**SHOE CARNIVAL REQUEST**

2012-1-11UPDATED    UPDATED 2/16/2017    4/22/2019REV    10/14/2019REV

1. T/T 60 DAYS PAYMENT
2. FOB YANTIAN, SHANGHAI, XIAMEN
3. GENERAL CLR BOX & TISSUE PAPER PACKING. RE CLR BOX COST PLS SEE BELOW FOR EACH LOGO:



EXHIBIT C
Blumberg No. 5115

A) CABRIZI OR SOLANZ LOGO PRICE IS 27*11*10CM RMB 2.45/SET, 28*19*10CM RMB 2.75/SET,
   40*30*10CM RMB4.50/SET, 58*31*10CM RMB 5.95/SET, FM FINESTAR PRINTING(住星), 10/13/2010 UPDATE 2/16/2017
   TISSUE PAPER COST WITH "*" PACKING
   14*74CM RMB0.15/PIECE, 19*76CM RMB0.20/PIECE, 30*100 RMB0.26/PIECE, 34*136CM RMB0.35/PIECE, 27*82CM RMB0.25/PIECE,
   28*77CM RMB0.25/PIECE, 44*110CM RMB0.40/PIECE, 58*122CM RMB0.48/PIECE
B) Y-NOT(唯它) LOGO PRICE IS 27*11*10CM RMB2.75/SET, 28*19*10CM RMB3.10/SET;
   40*30*10CM RMB4.90/SET, 58*31*10CM RMB6.40/SET, FM FINESTAR PRINTING(住星),   UPDATED 2/16/2017
C) AXXIOM LOGO PRICE IS 27*11*10CM RMB 2.25/SET  28*19*10CM RMB 2.50/SET,
   40*30*10CM RMB4.05/SET, 58*31*10CM RMB 5.25/SET, FM FINESTAR PRINTING(住星), 10/13/2010 UPDATED 2/16/2017
D) UNRBED(上光) LOGO PRICE IS 27*11*10CM RMB 2.55/SET, 28*19*10CM RMB 2.80/SET
   40*30*10CM RMB4.90/SET, 58*31*10CM RMB 6.30/SET, FM FINESTAR PRINTING(住星), 10/13/2010 UPDATED 2/16/2017
E) NICOLE LOGO (BLUE COLOR) PRICE IS 27*11*10CM RMB 2.35/SET, 28*19*10CM RMB 2.60/SET,
   40*30*10CM RMB4.55/SET, 58*31*10CM RMB 5.75/SET, FM FINESTAR PRINTING(住星), 10/13/2010 UPDATED 2/16/2017

F) VENTAGE 78 LOGO PRICE IS 27*11*10CM  300G 卡纸+粘膜+铝箔ALV IC RMB2.30/SET , 28*19*10CM RMB 2.65/SET
   40*30*10CM  RMB3.95/SET, 58*31*10CM RMB 5.35/SET, FM FINESTAR PRINTING(住星), 2/19/2019  PER BETTY
**THE ABOVE PRICES VALID DATE FM 2/18/2017 TO 7/18/2017, DO NOT INCLUDE TAX AND TRANSPORTATION FEE EXCEPT GUANGDONG AREA.**
G)  APPOINTED MADELINE GREEN COLOR BOX, THE BOX COST AND SIZE 1 - 27*14*10CM AROUND RMB2.05/SET FOR SANDAL
    SIZE 2  28*19*10CM AROUND RMB2.25/SET FOR PUMP SHOES, SIZE 3  40*30*10CM AROUND RMB3.65/SET FOR BOOTIE COVERED ANKLE,
    SIZE 4  58*34*10CM AROUND RMB4.85/SET FOR LONG BOOT  THE SUPPLIER IS XINLONG/FINESTAR PRINTING(住星))  REVISED PRICE ON 10/13/2010
4 TICKET PRICE US$16.63/1000PCS (ORDERED BY CUST, FOR BOOTS SHOES, NEED 2PC/PR  CASE LABEL
US$100/1000PCS (ORDER BY NCFL) FTY NEED PAY IT  4/25/2011 FM BETTY.       03/28/2012 RVD LABEL PRICE PER
BETTY
5 OUR QC FOR INSPECTION

6 NEED CT-PAT(验厂)AUDIT  THEY WILL ACCEPT A CT-PAT COMPLETED WITHIN THE LAST YEAR. ACCEPTABLE AGENCIES FOR CT-PAT AUDITS INCLUDE SGS, BUREAUVERITAS, STR, AND
INTERTEK.  IF A FACTORY DOES NOT HAVE A CT-PAT AUDIT REPORT WITHIN A YEAR FROM SGS, BV, STR, ITS, THEN THEY NEED TO DO FOR SHOE CARNIVAL-2012-8
7 GENERAL USA CUST
8 OUR HONGKONG OFFICE WILL DEDUCT THE BANK CHARGE FM FTY DIRECTLY  PLS ADD THESE CHARGE IN THE UNIT PRICE WHEN FTY
QUOTATION, AROUND USD339.20/SHIPMENT 2014-9-24
PRICE WILL ALSO BE INCLUDING THE FORWARDER FEE & DOCUMENT FEE

9 FACTORY NEEDS TO SUBMIT SHOES/MATERIALS FOR PHYSICAL AND LEAD TESTING(OUR INTERNAL TEST) BEFORE PRODUCTION FOR ALL OUR ORDERS, WHICH SHOULD BE
PICKED UP FROM MASS MATERIALS, NOT SAMPLE MATERIALS  WE WILL CHARGE FACTORY US$30/TIME  TEST RESULTS WILL BE SENT WITHIN 3DAYS  IT'S BETTER TO SEND ALL
IN ONE STYLE AT ONE TIME, THAT CAN SAVE MONEY
针对我所有客人的订单，当工厂收到人货材料时，请务必尽快提交子及时到我们内部的理化含铅测试品从大货抽取,不可用样品料  我们将收费US$30/次
三天出通知 工厂最好能一个型体做中在一起送一次,这样工厂可以省点费用
10. THE SIZE RUN WILL BE 5#~11#  , INCLUDE 5.5#~9.5# WITH REAL HALF SIZE.   11/24/2010
11.  WANTS YKK, BUT WILL DISCUSS ZIPPER REQUIREMENTS FOR SPECIFIC STYLES DUE TO PRICING ISSUE.   3/2/2011

12  a ) ALL ACCESSIBLE COMPONENTS MUST BE TEST IN LEAD CONTENT, LIKE UPPER, LINING, BUCKLE/ORNAMENT, ELASTIC, OUTSOLE, INSOLE WRAPPING, HEEL, PRINTING,
ZIPPER, ETC
所有可接触的材料配件都要求测含铅 如鞋面,内里,饰扣,松紧,大底,中底包边,跟,印刷,拉链等
    b ) ALL ACCESSIBLE COMPONETS MUST BE TEST FOR PHTHALATE(DEHP) FOR POLYVINYL CHLORIDE OR OTHER SOFT PLASTIC, VINYL OR SYNTHETIC LEATHER COMPONET
THAT
TOUCHED BY A PERSON DURING REASONABLY FORESEEABLE USE.
所有可接触的材料假如人仕有可能接触到较软塑胶产品或合成革都要做第二甲酸盐测试  FM--BETTY CALIFORNIA PROPOSITION 65 SETTLEMENT ON 4/18/2019
    c ) ALL ACCESSIBLE COMPONETS MUST BE TEST CADMIUM<100PPM 所有可接触的材料:  LEATHER, COATED LEATHER, EVA, RUBBER, PU, BLOWN MATERIALS, COATED
TEXTILE,
PRINT FOR TEXTILE, METALLIC HARDWARE, INK(COATING)
硬要求:基本上都含铅测试一样, 只是标准只有一个<100PPM, 同时也是NATURAL TEXTILE不用测.  但如果庆川清样成有材印刷还是要测 NOTE
此测试项目不会增加费用, 会摆含铅一起测试, UPDATED BY 4/18/2019

13 在2014[illegible]

14  IF FTY SWITCH OUTSOLE FROM APPOINTED SUPPLIER WHEN THEY HAVE PRODUCTION AFTER GET NCFL ALLOW, NCFL WILL DEDUCT SAMPLE MOLD
COST EVERY TWO MONTH ONE TIME FROM FTY PAYMENT  UPDATED ON 05/14/2012 PER ALLY

PER ANGELA ON 5/10/2018
1. ALL LEA MTR'L NEED TO BE PAID IN CASH.
2. ALL OTHER MTR'L NEED TO BE PAID 60 DAYS AT THE LATEST AFTER FTY GET THEM.