TO: F799/ELIA
FM: ALLY-REGINA
DATE: 2020/8/12

**NCFL COMMITMENT**

EXHIBIT D

PLS REVIEW BELOW COMMITMENTS. PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | CLR | Q'TY | WIDTH | PLS CFM XFTY | FTY | FTY PRICE | REM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16009TWC REVISED | KOHL'S C&B | W64126 | SEIDA | FJD7218-91 | PUHCA-91A | PUYJR-J-91 | TPR UNIT W/FLOCKING | BLACK | 14,000 ~~22,769~~ | MED | 12/10/2020 | | US$7.55 | |
| | | | | | | | | | BLACK | 778 | WIDE | OK | | US$7.55 | STYLE NAME: BALSM |
| | | | | | FJD7218-42 | PUHCA-553 | PUYJR-J-91 | | NAVY | 7,000 ~~9,532~~ | MED | | | US$7.55 | RED AS S/O 071620PWA, |
| | | | | | FYHFZ-2078C-73 | PUHCA-827 | PUYJR-J-169 | | TAN | 2500 | MED | | | US$7.55 | BLACK & NAVY AS 050720PWA, |
| | | | | | FYHFZ-2078A-199 | PUHCA-199A | PUYJR-J-169 | | LEOPARD | 1000 | MED | | | US$7.55 | TAN & LEOPARD AS S/O 071520PWA |
| | | | | | FJD7218-125 | PUHCA-MATCH | PUYJR-J-91 | | RED | 1,000 ~~778~~ | MED | | | US$7.55 | C&B ECO ORTHOLITE BRANDING |
| | | | | | | | | TOTAL | | 26,278 35,413 | | | | | |
| | 16027WC | KOHL'S C&B | W63608 | VIRTUE3 | PUHNL-104/GORE | PUHYD | FBHMKL W/SELF OVAL HEEL SEAT | TPR W/FLOCKING W/JUTE WRAP PLATFORM | CHAMPAGNE | 15,000 | MED | 12/10/2020 | | US$7.35 | KOHL'S STYLE hymn CROFT & BARROW ECO ORTHOLITE BRANDING |
| | | | | | PUHNL-91/GORE | | | | BLACK | 7,000 | MED | OK | | US$7.35 | CHAMPAGNE -15K PAIRS (10K PAIRS ARE WHAT THEY CANCELLED) |
| | | | | | PUMYG/GORE | | | | NAVY | 947 | | | | US$7.35 | BLACK - 7K PAIRS (4,248 PAIRS ARE WHAT THEY CANCELLED) |
| | | | | | PUQNH-702 | | | | PEWTER | 947 | | | | US$7.35 | |
| | | | | | | | | TOTAL | | 23,894 | | | | | |

**MTRL COST:**

FJD7218: FAB KNITTING/飞织, W/VAT RMB15.5/PR, SUPPLIER: 金源鑫, DATE. 6/4/2020. 1双1片，含辐射，含广东省内运费. 以下情况供应商提出免责.
A. 加工后高温变色,深浅色搭配产生色迁移或污染即: 普通纱线在130度以内不会变色. B. 仿钻色纱线能承受的高温是100度. 超过以上温度会造成不同程度的色迁移. C. 加工后环保测试未通过即: 只承担自产鞋面的环保，可以提供任何环保测试; 但是不承担后续加工后的产品环保;
D. 经过加工或裁剪后提出品质异议, 即: 加工或裁剪后提出品质异议应该在大货之前完成. 大货之后再提出此类异议，供应商不能担责任
E. 生产中因自然灾害,政治或政府因素而导致的不能正常交货.
F. 报价单未同签或超期签内影响交期. G. 泔硫化或冷粘处理及白色(浅色)大底须提供鞋型参考,因深浅搭配多少会产生溢色风险,如因搭配不当所产生的问题供应商不承担责任.

FYHFZ-2078A/2078C/2078D: FAB. 飞织, 75% POLY + 15% HM + 10% RUBBER. RMB15/PR W/ VAT. SUPPLIER FOREVER 永恒, 1双2片. 不含测试费.

PUHYD/PUHCA:PU 0.6MM 水鲤底,0.6MM*52", RMB15/M W/VAT MINI 300-499M, RMB13.5/M W/VAT MINI 500M, SUPPLIER: MUSENGLONG 沐森龙, 2020-4-20 UPDATE, MINI: 300-499M. 珠光、艳色或双色材料加RMB 1/M, 此单价如市场价格同落我司会及时调整.

PUYJR-J: PU, 佳邦弹力底,70%树脂30%涤纶,0.6*54, RMB17/Y W/O VAT & RMB18/Y W/VAT. SUPPLIER: SHANGJIYOU(上吉佑), DATE 5/15/2019. 低于300码价格另议. 耐黄变每码加1.5元. 珠光、双色每码加0.5元. 特黑每码加1元.

FBDFEJ: 2018/06/27 UPDATED, 56", PRICE. RMB12/Y 不含税 & RMB13.0/Y 含税. SUPPLIER: DONGFANG. MIN 300Y. 订购量每次每色不足起订量时, 需加染色费300元.

FBHMKL: 2017-2-14 UPDATED,IMITATION SUEDE FABRIC, 54", PRICE: RMB18/Y W/O VAT & RMB19/Y W/VAT. SUPPLIER DONGFANG. MIN 500Y. 每次每色不足起订量100YBIt, 需加染色费300元. 订购数量100-500YBIt, 每码单价需加2元.

PUHMOQ: 2018/06/21 UPDATED, 水鲤底, 0.6*52", RMB: 12.5/Y 含税. SUPPLIER: SHANGJIYOU (YINGXIANG), MIN 300Y. 耐货变每码加1.5元. 珠光、双色每码加0.5元. 特黑每码加1元.

TO: F799/ELIA
FM: ALLY-REGINA
DATE: 2020/8/12

**NCFL COMMITMENT**

PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | CLR | Q'TY | WIDTH | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

W63935 30MM ELASTIC: FMXJ-30 / FBTDDK30MM / GRHMA30MM. 30MM.1*6 ELASTIC, 1*6 松紧, PRICE:RMB1.95/Y W/O VAT & RMB2.25/Y W/VAT. SUPPLIER: MINGXIANG(TONGDA). MINI:300Y;每次每色不足起订量时，需加收版费RMB:150/色

PUMYG: 7/4/2017,MDT719.52", RMB29.5/Y W/O TAX & RMB30.5/Y W/TAX. SUPPLIER: MINGYANG(明洋). MIN:300Y.

FJD7168 FAB KNITTING/飞织 RMB17.5/PR 金源鑫 6/2/2020 "1x1片，含腊射，以下情况供应商提出免责: A:加工后高温变色，深浅色搭配产生色迁移或污染印 普通纱线在130度以内不会变色，仿铝毛纱线能承受的高温是100度，超过以上温度会造成不同程度的色迁移。
B:加工后环保测试 未通过即:只承担自产鞋面的环保，可以提供任何环保测试；但是不承担后续加工后的产品环保; C:经过加工或裁剪后提出品质异议,即:加工或裁剪后提出品质异议应该在大货之前完成，大货之后再提出此类异议，供应商不承担责任.
D:生产中因自然灾害,政治或政策因素而导致的不能正常交货. E:报价单未网签或超期签而影响交期. F:经硫化或冷粘处理及白色(浅色)大底须提供鞋型参考,因深浅搭配多少会产生渗色风险.

FBJMA: 2017-2-14 UPDATED,没有弹力,IMITATION SUEDE,56". PRICE:RMB14/Y W/TAX. SUPPLIER: DONGFANG. MIN:500Y,含税,每次每色不足起订量100Y时,需加染色费300元.订购数量100-500Y时，每码单价高加2元

PHJNL-2929/PUHNL： PU, 0.9*52, RMB30/Y W/O VAT & RMB31/Y W/VAT. SUPPLIER: HONGJIN 宏锦, MIN:330Y.
PUQNH: 0.85*52, PRICE:RMB26/Y W/O VAT & RMB:27.5/Y W/VAT, SUPPLIER: QIANGFENG, MINI:300Y,含税. UPDATE ON 2015-8-10.
W64101 2MM圆松紧: RMB0.58/Y W/O VAT & RMB0.64/Y W/VAT. MINGXIANG(TONGDA) 6/15/2020,MINI:300Y;每次每色不足起订量时，需加收染色费RMB:150/色

PUHNL: 11/1/2018, HJNL-2929, 仿棉绒底, +_0.9*52", PRICE:RMB30/Y 含税 & RMB29/Y 不含税. SUPPLIER:HONG JIN (宏锦), MIN 330Y  REMARKS:WHEN MOQ（300METERS,THEN UNIT PRICE+0.82USD/METER MORE,如果MOQ少于300米，则每个单价额外加0.82$(5RMB)。做为起码费。

W64101 HEATING STONDS: 烫钻, RMB4.00/PR W/O VAT, SUPPLIER: YONGYI/永益, DATE: 5/13/2020,此单价为20000-50000双单价。

**OUTSOLE COST:**

CONST: FLAMINGO5, LAST: NCO2526-5
OUTSOLE: TPR片底, RMB4.6/PR W/O VAT & RMB5.0/PR W/VAT. 以4.4万双报价，含税，估价 未开模. NEED ADD RMB0.1/PR FREIGHT EXCEPT DONGGUAN AREA, MOLD COST: RMB1300/SIZE, SUPPLIER:MAI DA. DATE: 31-July-2021.
HEEL: ABS印刷膜+天皮, RMB7.60 8-3/PR W/O VAT  & RMB8.40 9-1/PR W/VAT. 以4.4万双报价，含漆染边，含税，估价 未开模. NEED ADD RMB0.2/PR FREIGHT EXCEPT DONGGUAN AREA, MOLD COST:RMB2200/SIZE, SUPPLIER: MAI DA, VALID DATE: 31-July-2021
FOOTBED: EVA, RMB4.3/PR W/O VAT & RMB4.7/PR W/VAT. 以4.4万双报价. 有全套模具5.5-11#. W64158用到的鞋套编号为NCO2526H. NEED ADD RMB0.2/PR FREIGHT EXCEPT DONGGUAN AREA, SUPPLIER: MAI DA, VALID DATE: 31-JulY-2021.
COVER FOOTBED 1.0MM棕胶片: , 60*80CM: 1MM CORK RUBBER PIECE, PRICE: RMB36.00/SHEET W/O VAT, SUPPLIER: MAIDA.