TO: F799/ELIA  
FM: ALLY-REGINA  
DATE: 2020-05-25  

**NCFL COMMITMENT**

PLS REVIEW BELOW COMMITMENTS, PLS CONFIRM THE XF & ADVISE YOUR BEST PRC FOR EACH STYLE.

| SKETCH | COMMIT # | CUST | STYLE # | CONSTR | UPPER | LINING | SOCK | SOLE | CLR | Q'TY | WIDTH | PLS CFM XFTY | FTY | FTY PRICE | REMARK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 15986TWC | DSW | W63962 | ROOSEVELT6 | 1 - PUJRE-91<br>2 - PUJRE-91<br>3 - PUYJFR-91A<br>4 - FBDFACP-203A<br>QUILTED STITCH | PUYXHM-L-91A/<br>BALANCE TRICOT<br>W/FBJMA COUNTER | PUYXHM-L-170 | TWO TONE TPR UNIT | BLACK | 7,000 | MED | 7/30/2020 |  | USD 11.50 | DSW PATTERN NAME: REVIVAL<br>SOCK & BOX LOGO: CROWN VINTAGE<br>ALL DETAILS AS S/O 021220GK001<br>ALL DETAILS AS CANCELLED ORDERS - WITH STRAP AS DETAILED IN DIFFERENT MATERIAL THAN UPPER. |
|  |  |  |  |  | 1 - PUJRE-19<br>2 - PUJRE-19<br>3 - PUYJFR-19<br>4 - FBDFACP-41A<br>QUILTED STITCH | PUYXHM-L-117/<br>BALANCE TRICOT<br>W/FBJMA COUNTER |  |  | BROWN | 8,200 |  |  |  | USD 11.50 |  |
|  |  |  |  |  | 1 - PUJRE<br>2 - PUJRE<br>3 - PUYJFR<br>4 - FBDFACP QUILTED STITCH |  |  | TOTAL |  | 15,200 |  |  |  |  |  |

**MTRL COST:**

PUJRE: 2019-2-25 UPDATED, 做面用, 0.9MM仿悟绒,52", PRICE: RMB32/Y W/VAT MINI 300Y, RMB30/Y W/VAT MINI 500Y, SUPPLIER: JINRUN 有效期: 半年.  
PUYJFR: 11/12/2018, SJY9137,52", RMB33/Y W/VAT, SUPPLIER: SHANGJIYOU (YINGXIANG), MINI 300M; 含税(温州)  
FBDFACP: 1/7/2017,54", RMB28/Y W/VAT, SUPPLIER: DONGFANG, MIN:1000Y, 温州.  
PUYXHM-L: 2019-01-15 UPDATED, 水针底做内里(FOR LINNING), 0.6*52", PRICE:RMB.17/Y 含税. SUPPLIER: YONGXIN,MINI 200Y; RMB 14/Y 含税. SUPPLIER:YONGXIN, MINI 500Y.  
FBJMA: 2017-2-14 UPDATED, 没有弹力,IMITATION SUEDE, 56", RMB:13/Y W/O TAX & RMB14/Y W/TAX,SUPPLIER: DONGFANG MIN 500Y, 每次每色不足起订量100Y时, 需加染色费300元,订购数量100-500Y时, 每码单价增加2元.  
W63951/W63962 LACE: 4MM*125CM,圆档带, RMB1.56/PR W/O VAT & RMB1.69/PR W/VAT. SUPPLIER: MINGXIANG(TONGDA), DATE 12/27/2019 MINI 1000双,每次每色不足起订量时, 需加收版费RMB 200/色.  

W63918/W63951/W63962 STUD: 6*5mm撞钉, Brass/铜, PRICE:青古/古银RMB0.05/SET W/O VAT & RMB0.055/SET W/VAT; 树青古/树古银 RMB0.09/SET W/O VAT & RMB0.099/SET W/VAT. SUPPLIER:江源海五金（原景康）, DATE. 2019/11/11.  
W63918/W63924/W63951/W63962 EYELET: 鞋眼8*4*5MM, Brass/铜, PRICE. 古银色/银色/黑镍色/青古/雾银RMB0.05/SET W/O VAT & RMB0.055/SET W/VAT. SUPPLIER:江源海五金（原景康）  
W63918/W63924/wW63951/W63962 19MMII子假管扣: JK833, Zinc/锌合金, PRICE:古银/古铜 RMB 0.85/PC W/O VAT & RMB 0.935/PC W/VAT. SUPPLIER:江源海五金(原景康), DATE:2019/12/18, 数量少于5000个, 单价为0.9元/个 W/O VAT.  
W63918/W63924/W63951/W63962 20mm介子: JK833, Zinc/锌合金, PRICE 古银/古铜 RMB 0.2/PC W/O VAT & RMB0.22/PC W/VAT. SUPPLIER 江源海五金（原景康）, DATE:2019/12/18,数量少于5000个, 单价为0.3元/个.



# DSW CUST REQUEST

**2014-7-15  UPDATED 2015-4-27  UPDATE 2017-2-17  UPDATED 2018/6/08  UPDATED 2018/7/10 UPD**

1. PAYMENT TT 60DAYS.
2. FOR OCEAN SHIPMENT,  FOB YANTIAN FOR SOUTH ORDERS AND FOB NINGBO (CY) OR S
3. UPDATED INFO FROM BETTY SINCE 2010 CAN SHIP GOODS BY CONTAINER IF THE CBM IS ENOUGH, I
4. THE SIZE RUN WILL BE 5#~12# , INCLUDE 5.5#~9.5# WITH REAL HALF SIZE.
5. ALL OF MATERIALS/COMPONENTS NEED TO USE NCFL APPOINTED SUPPLIER FOR PRODUCTION, ANY
6. NORMALLY THE PRICE OF OVERSEA LEA IS C&F HONGKONG, NEED TO ADD TRANSPORTATION FEE BY
7. OUR HONGKONG OFFICE WILL DEDUCT THE BANK CHARGE & SHIPPING HANDLING CHARGE & DOCU
8. TEST CHARGE IS US$30 PER PATTERN & PER TIME (DO NOT LIMIT TO COLOR) FOR LEAD TE
    A. ALL ACCESSIBLE COMPONETS MUST BE TEST IN LEAD CONTENT, LIKE UPPER, LI
9. NEED TEST PHTHALATES 5P IN BV FM 2014-10-13 FM BETTY,
10. TICKETS PRICE RMB0.17/PC TICKETS ORDERED IN BALAN, NEED TWO PIECES OF TICKETS FOR TALLSI
11. EVEN BOOTS, WE NEED TO USE FLAT PACKING FOR DSW CUSTOMER. FOR ANY SPECIAL CASE, NEED
12. NEEDS GENERAL COLORFUL BOXES (WILL USE BRAND'S BOX WHEN ORDER IS BRANDER
    A. CIVICO 10 LOGO BOX COST:
    B. HOKUS POKUS LOGO BOX COST:
    C. MADELINE AND MAELINE STUART LOGO BOX COST:
    D. NICOLE BLUE BOX COST:
    E. CROWN VINTAGE LOGO BOX AND TISSUE PAPER COST UPDATED FROM DONGGUAN JIAXING ON 2
    F. LEVITY BOX COST: ADDED ON 2018/7/10.
       27*14*10CM  RMB2.65/SET; 28*19*10CM  RMB2.85/SET; 29.5*12*10.5CM RMB2.75/PC; 12*11*4
       27*14*10*4.5CM  RMB2.35/SET; 28*19*10*4.5CM  RMB2.60/SET; 40*30*10*4.5CM  RMB4.10/SE
13. FURTHERMORE, WE WILL USE A SPECIAL FIREST DIGIT OF THE PATTERN NUMBER IF THE STYLE IS O
14. PER ANGELA ON 5/10/2018
    A. ALL LEA MTR'L NEED TO BE PAID IN CASH.
    B. ALL OTHER MTR'L NEED TO BE PAID 60 DAYS AT THE LATEST AFTER FTY GET T
**DO CONSIDER THIS NEW POLICY INTO YOUR COST WHEN YOU MAKE QUOTATION FOR ALL DS**