NEW CENTURY FOOTWEAR LTD.
PRODUCTION STATUS REPORT

REPORT DATE:2020/08/12
1

| ORDER | | CUSTOMER | FTY | STYLE | QTY | CUS_DELY | EXT_DELY | L/C | STATUS | OLD PRICE | NEW PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REINSTATED ORDERS | | | | | | | | | | | |
| 5036853 | 12635110 | KOHLS | F799 | W50171 | 936 | 12/1/2020 | 12/1/2020 | | FOB SZ 156CTNS | $6.85 | $6.20 |
| 5036851 | 12635108 | KOHLS | F799 | W50171 | 1,932 | 12/1/2020 | 12/1/2020 | | FOB SZ 322CTNS | $6.85 | $6.20 |
| 5036854 | 12635111 | KOHLS | F799 | W50171 | 1,662 | 12/1/2020 | 12/1/2020 | | FOB SZ 277CTNS | $6.85 | $6.20 |
| 5036852 | 12635109 | KOHLS | F799 | W50171 | 498 | 12/1/2020 | 12/1/2020 | | FOB SZ 83CTNS | $6.85 | $6.20 |
| 5036855 | 12635115 | KOHLS | F799 | W50171 | 396 | 12/1/2020 | 12/1/2020 | | FOB SZ 66CTNS | $6.85 | $6.20 |
| 5036935 | 12635107 | KOHLS | F799 | W50171 | 1068 | 12/1/2020 | 12/1/2020 | | FOB SZ 178CTNS | $6.85 | $6.20 |
| TOTAL | | | | | 6492 | | | | | | |



EXHIBIT F