NEW CENTURY FOOTWEAR LTD.
PRODUCTION STATUS REPORT

REPORT DATE:2020/09/11
1

| ORDER | CUSTOMER | FTY | STYLE | QTY | CUS_DELY | EXT_DELY | OLD PRICE | NEW PRICE (cfmed) | REMARK |
|---|---|---|---|---|---|---|---|---|---|
| 5036468 | KOHLS | F799 | W63935 | 9,972 | 4/20/2020 | 2020/11/05 REV ON 8/28 | $7.50 | $7.90 | 9902.14.43, 0% |
| 5036469 | KOHLS | F799 | W63935 | 396 | 4/20/2020 | 2020/11/05 REV ON 8/28 | $7.50 | $7.90 | 9902.14.43, 0% |
| 5036458 | KOHLS | F799 | W63935 | 1,308 | 4/20/2020 | 2020/11/05 REV ON 8/28 | $7.50 | $7.90 | 9902.14.43, 0% |
| 5036442 | KOHLS | F799 | W63935 | 14,040 | 4/20/2020 | 2020/11/05 REV ON 8/28 | $7.50 | $7.90 | 9902.14.43, 0% |
| 5036444 | KOHLS | F799 | W63935 | 1,200 | 4/20/2020 | 2020/11/05 REV ON 8/28 | $7.50 | $7.90 | 9902.14.43, 0% |
| 5036847 | KOHLS | F799 | W63935 | 990 | 10/20/2020 | 2020/11/01 REV ON 8/24 | $7.50 | $7.50 | 9902.14.43, 0% |
| 5036870 | KOHLS | F799 | W63935 | 408 | 11/5/2020 | 11/5/2020 | $7.50 | $7.90 | 9902.14.43, 0% |
| | | | | 28,314 | | (28314-990)x0.1=10929.60 | | | |
| 5036884 | KOHLS | F799 | W63935 | 504 | 1/5/2021 | 1/5/2021 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036443 | KOHLS | F799 | W63935 | 2,358 | 4/20/2020 | 2021/01/10 REV ON 8/5 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036460 | KOHLS | F799 | W63935 | 300 | 6/1/2020 | 2021/01/05 REV ON 4/20 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036470 | KOHLS | F799 | W63935 | 2,502 | 6/1/2020 | 2021/01/20 REV ON 4/20 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036471 | KOHLS | F799 | W63935 | 696 | 6/1/2020 | 2021/01/05 REV ON 4/20 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036445 | KOHLS | F799 | W63935 | 4,716 | 6/15/2020 | 2021/01/20 REV ON 4/20 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036447 | KOHLS | F799 | W63935 | 600 | 6/15/2020 | 2021/01/15 REV ON 4/20 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036448 | KOHLS | F799 | W63935 | 804 | 7/1/2020 | 2021/02/01 REV ON 4/20 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036459 | KOHLS | F799 | W63935 | 1,566 | 7/10/2020 | 2021/02/15 REV ON 4/20 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036472 | KOHLS | F799 | W63935 | 906 | 7/10/2020 | 2021/02/15 REV ON 4/20 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036848 | KOHLS | F799 | W63935 | 600 | 12/25/2020 | 12/25/2020 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036857 | KOHLS | F799 | W63935 | 3,660 | 1/20/2021 | 1/20/2021 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |
| 5036849 | KOHLS | F799 | W63935 | 900 | 3/1/2021 | 3/1/2021 | $7.50 | $6.85 | 6404.19.37.60, 12.5% |


EXHIBIT 6