CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/10/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| DONGGUAN JIANQUN COMPANY, LTD., *Plaintiff*, v. CONSOLIDATED SHOE COMPANY, INC., *et al.*, *Defendants.* | CASE NO. 6:21-cv-00048 <br><br> ORDER |

Before the Court is Defendants' motion for reconsideration of the Court's order on motion for entry of default, order on motion for extension of time to answer, and motion to vacate default judgment. Dkt. 48. For reasons presented in the accompanying opinion, the Court **GRANTS** Defendant's motion for reconsideration, Dkt. 48, and **VACATES** default judgment, Dkt. 47. The Court **ORDERS** Defendants to reimburse Plaintiff for attorney's fees and costs incurred by counsel in pursuing the motion for default.

The Clerk of the Court is directed to send a certified copy of this Memorandum Opinion and accompanying Order to all counsel of record.

Entered this __10th__ day of February, 2023.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE